B6C (Official Form 6C) (12/07)

In re **Cheri Lynn Clanagan**  Case No. **09-38660-SGJ-13**
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- [x] 11 U.S.C. § 522(b)(2)
- [ ] 11 U.S.C. § 522(b)(3)

- [ ] Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Residence<br>1109 Waterview Drive<br>Cedar Hill, TX 75109 | 11 U.S.C. § 522(d)(1) | $0.00 | $127,070.00 |
| City Credit Union Checking 1520 | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| Wells Fargo Checking 3279 | 11 U.S.C. § 522(d)(5) | $39.00 | $39.00 |
| Stove | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Microwave | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Refrigerator | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| Freezer | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| Dishwasher | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Washing Machine | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Dryer | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Plates, China, etc. | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Bedroom Furniture | 11 U.S.C. § 522(d)(3) | $2,200.00 | $2,200.00 |
| Household Tools | 11 U.S.C. § 522(d)(3) | $315.00 | $315.00 |
| Living Room Furniture | 11 U.S.C. § 522(d)(3) | $350.00 | $350.00 |
| | | **$3,874.00** | **$130,944.00** |

B6C (Official Form 6C) (12/07) -- Cont.

In re **Cheri Lynn Clanagan**                                   Case No. **09-38660-SGJ-13**
                                                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Television (4) | 11 U.S.C. § 522(d)(3) | $1,600.00 | $1,600.00 |
| VCR/DVD (3) | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| Computer | 11 U.S.C. § 522(d)(3) | $400.00 | $400.00 |
| Den Furniture | 11 U.S.C. § 522(d)(3) | $600.00 | $600.00 |
| Pictures, Art, | 11 U.S.C. § 522(d)(3) | $300.00 | $300.00 |
| Clothes | 11 U.S.C. § 522(d)(3) | $500.00 | $500.00 |
| Jewelry | 11 U.S.C. § 522(d)(4) | $200.00 | $200.00 |
| Firearms | 11 U.S.C. § 522(d)(5) | $80.00 | $80.00 |
| The Hartford life | 11 U.S.C. § 522(d)(7) | $0.00 | $0.00 |
| Fidelity Retirement Savings 9163 | 11 U.S.C. § 522(d)(10)(E) | $23,286.58 | $23,286.58 |
| Fidelity Retirement | 11 U.S.C. § 522(d)(10)(E) | $10,696.69 | $10,696.69 |
| DSO William Barnes | 11 U.S.C. § 522(d)(10)(D) | $0.00 | $0.00 |
| | | **$41,687.27** | **$168,757.27** |